# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN M. DOMBROWSKI, <br><br> Defendant, <br><br> and <br><br> LISA L. FOX, <br><br> Relief Defendant. | Civil Action No. 1:14-cv-00622 <br><br> Hon. Judge Gary Feinerman |

## PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST RELIEF DEFENDANT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff United States Securities and Exchange Commission ("SEC") hereby files this Notice of Voluntary Dismissal of its claims against Relief Defendant Lisa L. Fox. As required by this Rule, the SEC is dismissing its claims against the Relief Defendant before the Relief Defendant has served an answer or motion for summary judgment.

Dated: January 12, 2016

Respectfully submitted:

/s/ Benjamin J. Hanauer
Benjamin J. Hanauer
Kristopher S. Heston
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Attorneys for U.S. Securities and Exchange Commission

**CERTIFICATE OF SERVICE**

      I, Benjamin J. Hanauer, an attorney for Plaintiff Securities and Exchange Commission, hereby certify that, on January 12, 2016, I caused true and correct copies of the foregoing Plaintiff U.S. Securities and Exchange Commission's Notice of Voluntary Dismissal of Claims Against Relief Defendant to be served on all counsel of record via the CM/ECF system.

      /s/ Benjamin J. Hanauer